PRINGLE v. LONG ISLAND RY. CO. In re BIDDELL. (Supreme Court, Appellate Division, First Department. June 21, 1901.) Ac-

tion by Mary B. Pringle, as executrix, against the Long Island Railway Company. I. N. Miller, for appellant. W. J. Kelly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.